## (January 19, 1961)

■ In the Matter of the Arbitration between DINO DE LAURENTIIS and CINEMATOGRAFICA DE LAS AMERICAS, S. A., et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. The stay contained in the order to show cause dated December 9, 1960 is vacated but the appellant shall have 14 days after service of a copy of the order filed herein, with notice of entry thereof, to file with the American Arbitration Association his selection of arbitrators and his answer. Concur— Valente, J. P., McNally, Stevens and Eager, JJ.

■ LAURA B. LEDET, as Administratrix of the Estate of JOSEPH H. LEDET, Deceased, et al., v. UNITED AIRCRAFT CORPORATION.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur— Botein, P. J., Breitel, Rabin, McNally and Eager, JJ.

■ HAT CORPORATION OF AMERICA v. BYER-ROLNICK HAT CORPORATION et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur— Botein, P. J., Breitel, Stevens, Eager and Noonan, JJ.

■ BARBARA CORSARO, an Infant, by NETTIE CORSARO v. SUSAN LUSTER.— Application denied, with $10 costs. The stay contained in the order to show cause, dated December 22, 1960, is vacated. Concur— Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.

■ MORRIS LEVINE v. PEDRO PODOLOK.— Application denied, with $10 costs. Concur— Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. PEDRO TORRES. (B) THE PEOPLE OF THE STATE OF NEW YORK v. ALFRED J. FASCHINO.— [In each action] Motion to dismiss appeal granted. Concur— Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.

■ In the Matter of JEANNE H. HOPKINS v. JOHN R. HOPKINS. McALOON & HIRSCHBERG et al., Appellants; UNITED STATES OF AMERICA . et al., Respondents.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before February 2, 1961, with notice of argument for February 14, 1961, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.

■ GEORGE N. KAYE v. TIMELY CLOTHES, INC.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before February 2, 1961, with notice of argument for February 14, 1961, said appeal to be argued or submitted when reached. The defendant-appellant's time to serve its amended answer is extended to 10 days after service upon its attorneys of a copy of the order of this court determining said appeal, with notice of entry thereof. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.

■ LAWRENCE WEINSTEIN v. FRIZZIE CORPORATION et al.— Motion for an order modifying the order of this court entered on December 8, 1960, denied, with $10 costs. Concur— Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ In the Matter of PYRO INCINERATOR & SUPPLY CORP. v. JOHN R. MILES, Doing Business as STRUCTURAL ENTERPRISES CO.— Motion for a stay granted on condition that the appellant within 10 days after the entry of the order filed herein, files a duly approved undertaking in the amount of $1,000 conditioned on the payment of the amount of the award of the arbitrator, dated October 18, 1960, and interest, in the event the order appealed from is affirmed or the appeal is dismissed. Concur— Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.